[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13242
_____

D.C. Docket No. 8:11-cv-00933-SDM-AEP


SALIH HALUK ERBEN,

                                                              Plaintiff-Appellant,

                              versus

RAYMOND JAMES EUROPEAN HOLDINGS, INC.,
RAYMOND JAMES INTERNATIONAL HOLDINGS, INC.,
RAYMOND JAMES FINANCIAL, INC.,

                                                              Defendants-Appellees.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 16, 2014)

Before WILSON, PRYOR, and ROSENBAUM, Circuit Judges.

PER CURIAM:

        Salih Haluk Erben appeals the summary judgment in favor of the

defendants, Raymond James European Holdings, Inc., Raymond James

International Holdings, Inc., and Raymond James Financial, Inc., on the claim of negligent supervision and appeals the judgment as a matter of law in favor of the defendants on the claim of breach of contract under an alter ego theory of liability. After oral argument, careful review of the record, and thorough consideration of the briefs, we conclude that the district court committed no reversible error. We affirm.